# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albritton, William H. | District Court-MD Alabama | 04/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior Status | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1 Church Street
Montgomery, AL

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Montgomery Symphony Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albritton, William H.** | 04/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | UBS Financial Services Inc. - IRA-Distributions | $16,340.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | UBS Financial Services Inc. - IRA-Distributions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  SERVISFIRST BANK CASH ACCOUNTS | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3.  BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 4.  -UBS BANK USA DEP ACCT | B | Dividend | J | T | | | | | |
| 5.  -UNTS AAM DIV RULER PRTFO SER 2018D | B | Dividend | L | T | | | | | |
| 6. | | | J | T | Buy (add'l) | 12/26/19 | J | | |
| 7. | | | J | T | Buy (add'l) | 11/25/19 | J | | |
| 8. | | | J | T | Buy (add'l) | 10/25/19 | J | | |
| 9. | | | J | T | Buy (add'l) | 09/25/19 | J | | |
| 10. | | | J | T | Buy (add'l) | 08/26/19 | J | | |
| 11. | | | J | T | Buy (add'l) | 07/25/19 | J | | |
| 12. | | | J | T | Buy (add'l) | 06/25/19 | J | | |
| 13. | | | J | T | Buy (add'l) | 05/28/19 | J | | |
| 14. | | | J | T | Buy (add'l) | 04/25/19 | J | | |
| 15. | | | J | T | Buy (add'l) | 03/25/19 | J | | |
| 16. | | | J | T | Buy (add'l) | 02/25/19 | J | | |
| 17. | | | J | T | Buy (add'l) | 01/25/19 | J | | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
  (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
  (See Column C2)             U =Book Value              V =Other                    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. | | | J | T | Buy (add'l) | 01/08/19 | J | | |
| 19. | | | | | | | | | |
| 20. TRUST #1 (H) | | | | | | | | | |
| 21. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 22. -EXXON MOBIL CORP | D | Dividend | M | T | | | | | |
| 23. | | | | | | | | | |
| 24. TRUST #2 (H) | | | | | | | | | |
| 25. -ALPS ETF TR ALERIAN MLP | B | Dividend | K | T | | | | | |
| 26. -AT&T INC | B | Dividend | K | T | | | | | |
| 27. -ABBVIE INC COM | A | Dividend | K | T | | | | | |
| 28. -BLACKROCK TAXABLE MUNICIPAL BOND TRUST | B | Dividend | K | T | | | | | |
| 29. -BOEING COMPANY COMMON STOCK | B | Dividend | L | T | | | | | |
| 30. -BRIGHTHOUSE FINANCIAL INC | | None | J | T | | | | | |
| 31. -BRITISH AMER TOBACCO PLC GB SPON ADR | A | Dividend | | | Sold | 02/28/19 | K | A | |
| 32. -CATERPILLAR INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 33. -COCA COLA CO COM COMMON STOCK | A | Dividend | K | T | | | | | |
| 34. -FACEBOOK INC CL A | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -WALT DISNEY CO (HOLDING CO) DISNEY | A | Dividend | K | T | Buy | 02/28/19 | K | | |
| 36. -FIRST TRUST DORSEY WRIGHT FOCUS 5 ETF | A | Dividend | K | T | | | | | |
| 37. -FT-PREFERRED SECUR & INC ETF | C | Dividend | L | T | | | | | |
| 38. -GANNETT CO INC (X) | | None | J | T | Open | 11/19/19 | J | | |
| 39. -GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 40. -GLAXO SMITHKLINE PLC ADR | A | Dividend | J | T | | | | | |
| 41. -HOME DEPOT INC | A | Dividend | K | T | | | | | |
| 42. -INTL BUSINESS MACHINES CORP IBM | C | Dividend | L | T | | | | | |
| 43. -JPMORGAN CHASE & CO | B | Dividend | L | T | | | | | |
| 44. -MCDONALDS CORP | A | Dividend | K | T | | | | | |
| 45. -METLIFE INC | A | Dividend | K | T | | | | | |
| 46. -NEW MEDIA INVT GROUP INC | A | Dividend | | | Merged<br>(with line 38) | 11/19/19 | J | | |
| 47. -PFIZER INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 48. -VANGUARD S&P 500 ETF | A | Dividend | K | T | | | | | |
| 49. -UBS BANK USA DEP ACCT | A | Interest | K | T | | | | | |
| 50. -LOWNDES CNTY ALA WTS | A | Interest | K | T | | | | | |
| 51. -WABTEC INC | A | Dividend | J | T | Spinoff<br>(from line 39) | 02/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -WABTEC INC | | | | | Sold (part) | 02/26/19 | J | A | |
| 53. | | | | | | | | | |
| 54. IRA ACCOUNT #1 (H) | | | | | | | | | |
| 55. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 56. -UNTS GUGG DJ VAL DIV FOCUS PRTFO | | None | | | Redeemed | 06/19/19 | K | | |
| 57. -UNTS AAM DIV RULER PRTFO SER 2019B | | | K | T | Buy | 06/19/19 | J | | |
| 58. | | | J | T | Buy (add'l) | 07/25/19 | J | | |
| 59. | | | J | T | Buy (add'l) | 08/26/19 | J | | |
| 60. | | | J | T | Buy (add'l) | 09/25/19 | J | | |
| 61. | | | J | T | Buy (add'l) | 10/25/19 | J | | |
| 62. | | | J | T | Buy (add'l) | 11/25/19 | J | | |
| 63. | | | J | T | Buy (add'l) | 12/25/19 | J | | |
| 64. | | | | | Sold (part) | 11/12/19 | J | | |
| 65. | | | | | | | | | |
| 66. IRA ACCOUNT #2 (H) | | | | | | | | | |
| 67. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 68. -JP MORGAN CHASE & CO DE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -UNITEDHEALTH GROUP INC DE | A | Dividend | J | T | | | | | |
| 70. | -FIRST TRUST ENHANCED SHORT MAT FUND ETF | A | Dividend | J | T | | | | | |
| 71. | -FIRST TRUST LOW DURATION MORTGAGE OPPORTUNITIES | A | Dividend | J | T | Buy | 04/26/19 | J | | |
| 72. | -RED HAT INC | | None | | | Sold | 01/02/19 | J | A | |
| 73. | -SCHLUMBERGER LTD NETHERLANDS ANTILLES | A | Dividend | | | Sold | 05/13/19 | J | A | |
| 74. | -FIRST TRUST CONSUMER DISCRETIONARY ALPHADEX | A | Dividend | J | T | Sold<br>(part) | 07/16/19 | J | A | |
| 75. | -SUNCOR ENERGY INC NEW CAD | A | Dividend | J | T | | | | | |
| 76. | -ROCKWELL AUTOMATION INC NEW | A | Dividend | J | T | | | | | |
| 77. | -ADOBE SYSTEMS INC | | None | J | T | | | | | |
| 78. | -VISA INC CL A DE | A | Dividend | J | T | | | | | |
| 79. | -COCA COLA CO COM DE | A | Dividend | J | T | | | | | |
| 80. | -FIRST TRUST HEALTH CARE ALPHADEX FUND ETF | | None | | | Sold | 05/31/19 | J | A | |
| 81. | -AMERICAN TOWER CORP REIT DE | A | Dividend | J | T | | | | | |
| 82. | -FIRST TRUST EXCHANGE TECHNOLOGY ALPHADEX FUND-FXL | A | Dividend | J | T | Sold<br>(part) | 07/16/19 | J | A | |
| 83. | -LINDE PLC EUR | | None | J | T | | | | | |
| 84. | -APPLE INC DE | A | Dividend | J | T | | | | | |
| 85. | -LAUDER ESTEE COS CL A DE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albritton, William H.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -VF CORP DE | A | Dividend | J | T | | | | | |
| 87.  -TJX COS INC NEW DE | A | Dividend | J | T | | | | | |
| 88.  -TEXAS INSTRUMENTS DE | A | Dividend | J | T | | | | | |
| 89.  -NOVARTIS AG SPON ADR DE | A | Dividend | J | T | | | | | |
| 90. | A | Dividend | J | T | Buy (add'l) | 04/11/19 | J | | |
| 91.  -MONDELEZ INTL INC DE | A | Dividend | J | T | | | | | |
| 92.  -MARSH & MCLENNAN COS INC DE | A | Dividend | J | T | | | | | |
| 93.  -MICROSOFT CORP DE | A | Dividend | J | T | | | | | |
| 94. | A | Dividend | J | T | Buy (add'l) | 01/14/19 | J | | |
| 95.  -INVESCO BULLETSHARES 2022 HIGH CORPORATE | A | Dividend | J | T | | | | | |
| 96.  -INVESCO BULLETSHARES 2020 CORPORATE BOND ETF | A | Dividend | | | Sold | 04/26/19 | J | A | |
| 97.  -INTERCONTINENTAL EXCHANGE GROUP | A | Dividend | J | T | | | | | |
| 98.  -INTEL CORP DE | A | Dividend | J | T | | | | | |
| 99.  -INVESCO QQQ TRUST ETF DE | | None | | | Sold | 01/02/19 | J | A | |
| 100.  -FIRST TRUST DORSEY WRIGHT FOCUS 5 ETF | A | Dividend | J | T | | | | | |
| 101.  -FT-PREFERRED SECUR & INC ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102.  -FIRST TRUST -INDUSTRIALS/ PRODUCER DURABLES ALPHADEXTM FUND-FXR | A | Dividend | J | T | Sold (part) | 07/06/19 | J | A | |
| 103.  -ISHARES EDGE MSCI USA MOMENTUM FACTOR ETF | | None | | | Sold | 01/02/19 | J | A | |
| 104.  -HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 105.  -ACCENTURE PLC IRELAND CL A | A | Dividend | J | T | | | | | |
| 106.  -ALPHABET INC CL A | | None | J | T | | | | | |
| 107.  -AMERIPRISE FINANCIAL INC | A | Dividend | J | T | | | | | |
| 108. | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 109.  -BLACKROCK INC | A | Dividend | J | T | | | | | |
| 110.  -CHEVRON CORP | A | Dividend | J | T | | | | | |
| 111.  -CHUBB LTD CHF | A | Dividend | J | T | | | | | |
| 112.  -CRANE CO DE | A | Dividend | J | T | | | | | |
| 113.  -DANAHER CORP | A | Dividend | J | T | | | | | |
| 114.  -DIAGEO PLC NEW GB SPON ADR | A | Dividend | J | T | | | | | |
| 115.  -ECOLAB INC | A | Dividend | | | Sold (part) | 01/02/19 | J | A | |
| 116. | A | Dividend | | | Sold | 06/17/19 | J | A | |
| 117.  -FACEBOOK INC CL A | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. | | None | J | T | Buy (add'l) | 01/14/19 | J | | |
| 119. -HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 120. -LOCKHEED MARTIN CORP | A | Dividend | J | T | | | | | |
| 121. -LOWES COMPANIES INC | A | Dividend | J | T | | | | | |
| 122. -MCDONALDS CORP | A | Dividend | J | T | | | | | |
| 123. -MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 124. -NEXTERA ENERGY INC COM | A | Dividend | J | T | | | | | |
| 125. -O REILLY AUTOMOTIVE INC | | None | J | T | | | | | |
| 126. -PARKER HANNIFIN CORP | A | Dividend | J | T | | | | | |
| 127. | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 128. -THERMO FISHER SCIENTIFIC INC | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 129. -UNION PACIFIC CORP | A | Dividend | J | T | | | | | |
| 130. -UNTD TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 131. -WALT DISNEY CO (HOLDING CO) DISNEY COM | A | Dividend | J | T | | | | | |
| 132. KONTOOR BRANDS INC | | None | | | Spinoff (from line 86) | 05/23/19 | J | | |
| 133. | | None | | | Sold (part) | 05/23/19 | J | A | |
| 134. | | None | | | Sold | 06/20/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. -ALCON INC CHF | | None | | | Spinoff (from line 89) | 04/09/19 | J | | |
| 136. | | None | | | Sold (part) | 04/11/19 | J | A | |
| 137. | | None | | | Sold | 04/26/19 | J | A | |
| 138. | | | | | | | | | |
| 139. TRUST #3 (H) | | | | | | | | | |
| 140. -SCHWAB VALUE ADVANTAGE MONEY MARKET FUND | A | Int./Div. | K | T | Buy (add'l) | 01/15/19 | J | | |
| 141. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 142. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 143. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 144. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 145. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 146. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 147. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 148. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 149. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 150. | | | | | Buy (add'l) | 12/15/19 | J | | |
| 151. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albritton, William H.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152.  TRUST #4 (H) | | | | | | | | | |
| 153.  -ALABAMA FED AID HWY FIN AUTH F 5% | A | Interest | | | Sold | 01/25/19 | K | A | |
| 154.  -ALABAMA ST PUB SCH & COLLEGE A 5% | A | Interest | K | T | | | | | |
| 155.  -ATHENS ALA 5% | A | Interest | K | T | | | | | |
| 156.  -AUBURN ALA 5% | A | Interest | K | T | | | | | |
| 157.  -BALDWIN CNTY ALA BRD ED 5% | A | Interest | | | Matured | 06/01/19 | K | A | |
| 158.  -BIRMINGHAM ALA SPL CARE FACS F 5% | A | Interest | K | T | | | | | |
| 159.  -ENTERPRISE ALA 4% | A | Interest | K | T | | | | | |
| 160.  -FLORENCE ALA 5% | A | Interest | K | T | | | | | |
| 161.  -MOBILE AL W/S 5% | B | Interest | K | T | | | | | |
| 162.  -MOBILE CNTY AL 5% | A | Interest | K | T | | | | | |
| 163.  -OXFORD ALA 5% | B | Interest | K | T | | | | | |
| 164.  -TEXAS ST 5% | A | Interest | K | T | | | | | |
| 165.  -TUSCALOOSA ALA CITY BRD ED SCH 5% | A | Interest | K | T | | | | | |
| 166.  -TUSCALOOSA AL 4% GO UTX | | None | K | T | Buy | 11/21/19 | K | | |
| 167.  -UNIVERSITY OF ALA GEN REV 5% | A | Interest | K | T | | | | | |
| 168.  -UNIVERSITY OF ALA AT BIRMINGHA 5% | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Albritton, William H. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 169. -FLORIDA ST BRD ED LOTTERY REV 5% | A | Interest | K | T | | | | | |
| 170. -MINNEAPOLIS & ST PAUL MINN HSG | A | Interest | K | T | | | | | |
| 171. -DENTON TEX 5% | A | Interest | K | T | | | | | |
| 172. -HARRIS CNTY TEX MET TRAN AUTH 5% | A | Interest | K | T | | | | | |
| 173. -NORTH TEX MUN WTR DIST UPPER E 5% | A | Interest | K | T | | | | | |
| 174. -PORT SEATTLE WAS REV 5% | A | Interest | K | T | | | | | |
| 175. -THURSTON CNTY WASH SCH DIST NO 5% | B | Interest | K | T | | | | | |
| 176. -WASHINGTON ST 5% | A | Interest | K | T | | | | | |
| 177. -WEST VA COMMR OF HWYS SPL OBLI 5% | B | Interest | K | T | | | | | |
| 178. -CLARK CNTY NV PFC 5% | | None | K | T | Buy | 11/18/19 | K | | |
| 179. -AMERN MUNI PWR OH 5% ELEC UTIL | | None | K | T | Buy | 11/07/19 | K | | |
| 180. -SCHWAB GOVT MONEY FUND | A | Int./Div. | J | T | Buy (add'l) | 12/04/19 | J | | |
| 181. -HONOLULU HAWAII CITY & CNTY 5% | A | Interest | K | T | Buy | 01/24/19 | K | | |
| 182. -NORTH CAROLINA ST GRANT ANTIC 5% | A | Interest | K | T | Buy | 06/14/19 | K | | |
| 183. | | | | | | | | | |
| 184. TRUST #5 (H) | | | | | | | | | |
| 185. -SCHWAB VALUE ADVANTAGE MONEY MARKET FUND | A | Int./Div. | | | Closed | 12/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Albritton, William H. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 04/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ William H. Albritton**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544